◎AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN**    District of    **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

862 Adams Avenue, Apartment A
El Centro, California, 92243

Case Number: **'07 MJ 8949**

FILED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: Luis A. Saenz and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Luis A. Saenz    who has reason to believe
                                                   Affiant

that   ] on the person of,  or  ✓ ]on the premises known as (name, description and/or location)

**SEE ATTCHMENT A**

in the    **SOUTHERN**    District of    **CALIFORNIA**    there is now
concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    December 6, 2007
                                                                      Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✓ in the daytime — 6:00 AM to 10:00 P.M.    ] at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
**PETER C. LEWIS**    as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

11-26-07 @ 3:14 pm    at    EL CENTRO    CALIFORNIA
Date and Time Issued              City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge              Signature of Judge

AO 93    (Rev. 12/03)   Search Warrant (Reverse)

| **RETURN** | | Case Number: | 07MJ8949 |
|---|---|---|---|
| DATE WARRANT RECEIVED 11/26/2007 | DATE AND TIME WARRANT EXECUTED 11/27/2007 @ 1030 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Left in Residence | |
| INVENTORY MADE IN THE PRESENCE OF Special Agent L. Saenz | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

The following items were discovered in the residence located at 862 Adams Avenue, Apartment A, El Centro, California:

Various bank statements
Various notebooks
Various receipts
Department of Motor Vehicle documentation
One narcotics paraphranelia kit (pipes, lighters, butane torch, one cellular telephone)

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____      12-5-07
Signature of Judge                                     Date

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

862 Adams, Apt A, El Centro, CA, 92243 is described as a multi-family, one story apartment building. The apartments consist of four units. Three of the residences are conjoined side by side, and the fourth residence is connected to the other three by a roof with a passageway separating the two structures. The apartments are tan stucco with brown trim around the roof. The doors of the residences face a common sitting area within the complex. The numbers "862" are affixed and visible in large black numbers on the southernmost wall of the complex visible to Adams Avenue in El Centro, CA. The apartment complex is located on the northern side of Adams Avenue in El Centro, CA. The letter of each apartment is designated by its corresponding letter visible in characters approximately three inches large and affixed approximately 3/4 up the door from the ground. 862 Adams, Apt A, is the southernmost apartment, closest to Adams Avenue, with the door facing northward toward the alley. It is visible upon immediately turning left in the common sitting area of the apartment complex. Parking stalls a located immediately to the east and west of 862 Adams, Apt A.

Photographs of the apartment complex containing four residences located at 862 Adams in El Centro, CA is included.



















# ATTACHMENT B

## ITEMS TO BE SEIZED:

a.  Documents relating to or memorializing the ordering, purchase, storage, transportation or sale of controlled substances, including buyer lists, seller lists, owe-pay sheets and records of sales, log books, controlled substances ledgers, personal telephone/address books, or notebooks/notepads suppliers, telephone answering pads, records relating to domestic and foreign travel such as credit card receipts, travel schedules, receipts and records, and storage records, such as storage locker receipts;

b.  Articles of personal property evidencing the existence of a conspiracy to possess and transport controlled substances, including personal telephone/address books, notebooks/notepads, and papers and documents consisting of lists of names, telephone numbers and/or direct connect numbers;

c.  Documents and articles showing the identity of persons occupying, possessing, or controlling the residence to be searched, and;

d.  Maps, travel itineraries, addresses, or destinations.

e.  Proceeds of drug trafficking to include: cash, bank deposit receipts, bank statements, and other financial records evidencing money related to the transporting of narcotics into the United States from Mexico by CHAIDEZ or other conspirators.

Which are believed to be information constituting evidence of the commission of a criminal offense, to wit: violations of Title 21, United States Codes, 952, 960, and 841(a)(1).